United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 10, 2004**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

————————————————

No. 04-40347
Summary Calendar

————————————————

JOHN PERRY LOVE,

Plaintiff,

versus

STATE OF TEXAS; BILLY RAY NELSON; EXECUTIVE DIRECTOR
OF THE STATE BAR OF TEXAS; STATE BAR OF TEXAS,

Defendants-Appellees,

versus

ELIJAH W. RATCLIFF

Movant-Appellant.

—————————————————————————————————————————————

Appeal from United States District Court
for the Eastern District of Texas, Lufkin
(9:03-cv-170)

—————————————————————————————————————————————

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.[*]

PER CURIAM:

   The appeal in this case is hereby dismissed as Elijah Ratcliff has no standing to

appeal this matter.

————————————————

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.